RECEIVED
IN ALEXANDRIA, LA.

FEB 25 2010

TONY R. MOORE, CLERK
BY_____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| LARRY LEE STANLEY (#123259) | CIVIL ACTION NO. 09-cv-1813; SEC.P |
| VERSUS | JUDGE DEE D. DRELL |
| WINN CORRECTIONAL CENTER, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

Before the Court is the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. No. 28). After a de novo review of the record, the Court declines to adopt the Report and Recommendation at this time. Rather,

**IT IS ORDERED** that this case is returned to Magistrate Judge James D. Kirk with instructions to require disclosure of Plaintiff's entire prison account to the Court, either in an *ex parte* manner, if appropriate, or by effecting service and allowing Plaintiff to amend his suit, if necessary, to clarify with factual detail the financial losses of which he is complaining.

THUS DONE AND SIGNED at Alexandria, Louisiana, on this 25th day of February, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE