UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| LARRY LEE STANLEY (#123259) | CIVIL ACTION NO. 1:09-cv-1813 Sec.P |
| VERSUS | |
| | JUDGE DEE D. DRELL |
| WINN CORRECTIONAL CENTER, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED THAT** plaintiff's complaint be **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 6TH day of July, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE